UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ACCANTIA GROUP HOLDINGS a/k/a
ACCANTIA GROUP HOLDINGS COMPANY,
and CONOPCO, INC. d/b/a UNILEVER,

        Plaintiff(s),                          Index No. 12 CV 5042

  -against-                                 AFFIDAVIT OF SERVICE

FOOD MARKET MERCHANDISING, INC.,

        Defendant(s).
----------------------------------------------------------X
STATE OF MINNESOTA )
                        S.S.:
COUNTY OF HENNEPIN )

      FRANK BLISS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 3rd day of July, 2012, at approximately 10:28 am, deponent served a true copy of the Summon in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Judge Victor Marrero and Electronic Case Filing Rules & Instructions upon FOOD MARKET MERCHANDISING, INC. at 6401 W 106th Street, Minneapolis, Minnesota, by personally delivering and leaving the same with Tim Winsor, Operations Manager, who informed deponent that he is an agent authorized by appointment to receive service at that address.

      Tim Winsor is a white male, approximately 44 years of age, stands approximately 5 feet 11 inches tall, weighs approximately 220 pounds with brown hair.

_____
FRANK BLISS

Sworn to before me this
3rd day of July, 2012

_____
NOTARY PUBLIC

JAMES C. BASA
Notary Public-Minnesota
My Commission Expires Jan 31, 2016