Morrero, J

DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/12

-------------------------------------------------------X
ACCANTIA GROUP HOLDINGS d/b/a       :
ACCANTIA GROUP HOLDINGS COMPANY,    :
and CONOPCO, INC. d/b/a UNILEVER    :
                                    :
                    Plaintiffs,     :
      -against-                     :
                                    :
FOOD MARKET MERCHANDISING, INC.     :
                                    :
                    Defendant.      :
-------------------------------------------------------X

STIPULATION AND
        ORDER FOR
EXTENSION OF TIME TO
RESPOND TO COMPLAINT

Civil Action No. 12-CV-5042
(VM)(MHD)

Plaintiffs Accantia Group Holdings d/b/a Accantia Group Holdings Company and Conopco, Inc. d/b/a Unilever, by and through their undersigned counsel, and defendant Food Market Merchandising, Inc. ("Defendant"), by and through the undersigned counsel, do hereby stipulate to extend the time for Defendant to answer or otherwise respond to Plaintiffs' Complaint from July 24, 2012 through and including August 23, 2012. This stipulated extension of time has been agreed upon by all parties. No prior requests have been made for any extensions of time in this case. No dates have been set in this case. Thus, the requested extension will not affect any other scheduled dates in this case. This extension is not being entered for the purpose of delay.

Dated: New York, New York
July 24, 2012

        Respectfully submitted,

        DUANE MORRIS LLP

        By: *Vanessa Hew*

        Gregory P. Gulia
        Vanessa C. Hew
        1540 Broadway
        New York, New York 10036-4086
        Telephone: (212) 692-1000
        Fax: (212) 692-1020

        Attorneys for Plaintiffs
        Accantia Group Holdings Limited d/b/a
        Accantia Group Holdings Company and
        Conopco, Inc. d/b/a Unilever

        By: *[signature]*

        Tim Matson
        Lommen, Abdo, Cole, King & Stageberg, P.A.
        2000 IDS Center
        80 South Eighth Street
        Minneapolis, MN 55402
        Telephone: (612) 336-9331
        Fax: (612) 339-8064

        Attorneys for Defendant
        Food Market Merchandising, Inc.

DM2\3660383.1

SO ORDERED:

*[signature]*
U.S.D.J.

2

SO ORDERED.

7-25-12
DATE     VICTOR MARRERO, U.S.D.J.