# MARK BRADFORD, P.C.

299 12th Street
Brooklyn NY 11215-4903
347·413·3287
mb@markbradfordpc.com
www.markbradfordpc.com

September 14, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/12

**By Facsimile (212) 805-6382  (Page 1 of 1)**

Hon. Victor Marrero, U.S.D.J.
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007
Att'n: Craig Wasserstrom

Re: *Accantia Group Holdings, et al. v. Food Market Merchandising, Inc.*,
Index No. 12-cv-5042 (VM) (S.D.N.Y.)

Dear Judge Marrero:

I represent defendant Food Market Merchandising, Inc. ("**FMMI**"), in the above-referenced litigation. Pursuant to the endorsed letter, filed September 5, 2012, this Court granted FMMI a requested extension of its deadline to respond to the Complaint in this action to September 21, 2012, noting that "defendant may seek a further extension during the Court's review of the pre-answer correspondence...."

Insofar as the extended deadline is now just one week away, we respectfully request an additional extension of the defendant's response deadline for a further two weeks, pending this Court's review of the above-referenced correspondence.

We thank the Court for its time and consideration of this matter.

Sincerely,

Mark Bradford

cc:  All Counsel
     (by email)

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 10-5-12.

SO ORDERED.

9-14-12
DATE      VICTOR MARRERO, U.S.D.J.