# MARK BRADFORD, P.C.

299 12th Street
Brooklyn NY 11215-4903
347·413·3287
mb@markbradfordpc.com
www.markbradfordpc.com

October 4, 2012



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/12

**By Facsimile (212) 805-6382  (Page 1 of 1)**

Hon. Victor Marrero, U.S.D.J.
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007
Att'n: Craig Wasserstrom

      Re:   *Accantia Group Holdings, et al. v. Food Market Merchandising, Inc.*,
            Index No. 12-cv-5042 (VM) (S.D.N.Y.)

Dear Judge Marrero:

    I represent defendant Food Market Merchandising, Inc. ("FMMI"), in the above-referenced litigation. Pursuant to the endorsed letter, filed September 17, 2012, this Court granted FMMI a requested extension of its deadline to respond to the Complaint in this action to October 5, 2012. As FMMI's motion to transfer pursuant to 28 U.S.C. § 1404(a) is now before this Court (by letter-brief, plaintiffs' opposition to which has yet to be submitted), we respectfully request an additional extension of the defendant's response deadline for a further two or three weeks, pending this Court's adjudication of FMMI's above-referenced motion to transfer.

    We thank the Court for its time and consideration of this matter.

                              Sincerely,

                              Mark Bradford

cc:   All Counsel
       (by email)

> Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 10-29-12.
>
> SO ORDERED.
>
> 10-5-12
> DATE     VICTOR MARRERO, U.S.D.J.