UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
ACCANTIA GROUP HOLDINGS d/b/a
ACCANTIA GROUP HOLDINGS
COMPANY and CONOPCO, INC. d/b/a
UNILEVER,

                Index No. 12 CV 5042 (VM)

            *Plaintiffs*,

            **APPEARANCE OF COUNSEL**

    v.

FOOD MARKET MERCHANDISING,
INC.,

            *Defendant*.
------------------------------------------------------- x

TO:   The Clerk of the Court and all parties of record

I am admitted to practice in this Court, and I appear in tis case as counsel for: Defendant, Food Market Merchandising, Inc.

Dated: Brooklyn, New York
        November 30, 2012

By _____
Mark Bradford (MB 6002)

MARK BRADFORD, P.C.
299 12th Street
Brooklyn, New York 11215-4903
Email: mb@markbradfordpc.com
Telephone: (347) 413-3287