# MARK BRADFORD, P.C.

299 12th Street
Brooklyn NY 11215-4903
347.413.3287
mb@markbradfordpc.com
www.markbradfordpc.com

December 3, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/12
```

**By Facsimile (212) 805-6382 (Page 1 of 1)**

Hon. Victor Marrero, U.S.D.J.
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007
Att'n: Conor Williams

      Re:    *Accantia Group Holdings, et al. v. Food Market Merchandising, Inc.*,
            Index No. 12-cv-5042 (VM) (S.D.N.Y.)

Dear Judge Marrero:

    I represent defendant Food Market Merchandising, Inc. ("**FMMI**"), in the above-referenced litigation. We have your Decision and Order of November 30, 2012, denying FMMI's motion to transfer pursuant to 28 U.S.C. § 1404(a). Given that the Court did not have the opportunity to rule on FMMI's letter dated October 26, 2013, requesting an extension of defendant's response deadline, we now respectfully request that this deadline be set for December 14, 2013 – exactly two weeks after this Court's decision on FMMI's transfer motion.

    We thank the Court for its time and consideration of this matter.

                       Sincerely,

                       Mark Bradford

cc:    All Counsel
       (by email)

```
Request GRANTED. The time for defendant(s) to
answer or otherwise move with respect to the complaint
in this action is extended to 12-14-13.

SO ORDERED.

12-7-12
DATE      VICTOR MARRERO, U.S.D.J.
```