DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
Robert T. Parker
1540 Broadway
New York, New York 10036-4086
(212) 692-1000
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| ACCANTIA GROUP HOLDINGS d/b/a ACCANTIA GROUP HOLDINGS COMPANY and CONOPCO, INC. d/b/a UNILEVER, | ) ) ) ) CASE NO.: 1:12-CV-5042-VM ) |
| PLAINTIFF, | ) ECF ) |
| V. | ) **NOTICE OF APPEARANCE** ) |
| FOOD MARKET MERCHANDISING, INC. | ) ) ) |
| DEFENDANTS. | ) |

-----------------------------------------------------------------

PLEASE TAKE NOTICE that Robert T. Parker of the firm of Duane Morris LLP hereby appears as counsel to ACCANTIA GROUP HOLDINGS LIMITED d/b/a ACCANTIA GROUP HOLDINGS COMPANY and CONOPCO, INC. d/b/a UNILEVER and requests that his name be placed on the Court's CM/ECF mailing matrix.

DATED:  New York, New York
             December 7, 2012

DUANE MORRIS LLP

By:   /Robert T. Parker/
        Robert T. Parker
        Gregory P. Gulia
        Vanessa C. Hew
        1540 Broadway
        New York, New York 10036-4086
        Tel. No.: (212) 692-1000
        Fax No.: (212) 692-1020

        **Attorneys for Plaintiffs,**

2

**Accantia Group Holdings Limited d/b/a**
**Accantia Group Holdings Company and**
**Conopco, Inc. d/b/a Unilever**