UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ACCANTIA GROUP HOLDINGS d/b/a
ACCANTIA GROUP HOLDINGS COMPANY
and CONOPCO, INC. d/b/a UNILEVER,

           *Plaintiffs*,

      v.

FOOD MARKET MERCHANDISING, INC.,

           *Defendant*.

------------------------------------------------------------ x

Index No. 12 CV 5042 (VM)

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Food Market Merchandising, Inc. (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party that are publicly held.

Dated: New York, New York
         December 14, 2012

MARK BRADFORD, P.C.

By _____
    Mark Bradford (MB 6002)
299 12th Street
Brooklyn, New York 11215-4903
Telephone: (347) 413-3287
Email: mb@markbradfordpc.com

*Of Counsel:*
Carl Christensen
CARL CHRISTENSEN LAW OFFICE PLLC
800 Washington Avenue North, Suite 704
Minneapolis, Minnesota 55401
Telephone: (612) 823-4427
Email: carl@clawoffice.com

*Attorneys for Defendant*