UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ACCANTIA GROUP HOLDINGS d/b/a
ACCANTIA GROUP HOLDINGS COMPANY
and CONOPCO, INC. d/b/a UNILEVER,

                      *Plaintiffs*,

                   v.

FOOD MARKET MERCHANDISING, INC.,

                      *Defendant.*

------------------------------------------------------------ x

Index No. 12 CV 5042 (VM)

**ORDER FOR
ADMISSION
PRO HAC VICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/13

The motion of **Carl Christensen**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of **Minnesota**; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | **Carl Christensen** |
| Firm Name: | **CARL CHRISTENSEN LAW OFFICE PLLC** |
| Address: | **800 Washington Avenue North, Suite 704** |
| City / State / Zip: | **Minneapolis, Minnesota 55401** |
| Telephone: | **(612) 823-4427** |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **defendant, Food Market Merchandising, Inc.**, in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

-2-

the Rules governing discipline of attorneys.

Dated: January 12, 2013

                                              VICTOR MARRERO
                                              United States District Judge

01/14/2013    Case 1:12-cv-05642-VM   Document 17   Filed 01/14/13   Page 2 of 5    PAGE 05/05

UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
ACCANTIA GROUP HOLDINGS d/b/a
ACCANTIA GROUP HOLDINGS COMPANY
and CONOPCO, INC. d/b/a UNILEVER,

                  Index No. 12 CV 5042 (VM)

         *Plaintiffs*,

                  **MOTION FOR**
v.                 **ADMISSION**
                  **PRO HAC VICE**

FOOD MARKET MERCHANDISING, INC.,

         *Defendant*.
-------------------------------------------------------- x

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, **Carl Christensen**, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **defendant, Food Market Merchandising, Inc.**, in the above-captioned action. I am in good standing of the bar of the state of **Minnesota**, as shown by the Certificate submitted herewith, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: January 14, 2013              Respectfully submitted,

                                             By _____
                                             Carl Christensen (MN # 350412)
                                             CARL CHRISTENSEN LAW OFFICE PLLC
                                             800 Washington Avenue North, Suite 704
                                             Minneapolis, Minnesota 55401
                                             Telephone: (612) 823-4427
                                             Email: carl@clawoffice.com

                                             **Mark Bradford (MB 6002)**
                                             **MARK BRADFORD, P.C.**
                                             299 12th Street
                                             Brooklyn, New York 11215-4903
                                             Telephone: (347) 413-3287
                                             Email: mb@markbradfordpc.com
                                             *Attorneys for Defendant*

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

CARL ERIC CHRISTENSEN

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 28, 2005



Given under my hand and seal of this court on

January 07, 2013

Bridget C. Gernander
Clerk of Appellate Courts

# MARK BRADFORD, P.C.

299 12th Street
Brooklyn NY 11215-4903
347.413.3287
mb@markbradfordpc.com
www.markbradfordpc.com

January 14, 2013

**By Facsimile (212) 805-6382   (Page 1 of 5)**

Hon. Victor Marrero, U.S.D.J.
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007
Att'n: Conor Williams

      Re:    *Accantia Group Holdings, et al. v. Food Market Merchandising, Inc.*,
              Index No. 12-cv-5042 (VM) (S.D.N.Y.)

Dear Judge Marrero:

    I represent defendant Food Market Merchandising, Inc. ("FMMI"), in the above-referenced litigation. Accompanying this cover letter, please find courtesy copies of the Motion to Appear *Pro Hac Vice* by my co-counsel, Carl Christensen, Esq., with a current Certificate of Good Standing and a proposed order. These papers were filed with the Court's ECF system moments ago.

    We thank the Court for its time and consideration of this matter.

                                          Sincerely,

                                          Mark Bradford

cc:    All Counsel
       (by email)