DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
Mitchell A. Frank
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiffs

12 CV 5042

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ACCANTIA GROUP HOLDINGS, and      :
CONOPCO, INC. d/b/a UNILEVER,     :
                                  :
                    Plaintiffs,   :
                                  :   **RULE 7.1 DISCLOSURE**
       -against-                  :   **STATEMENT OF**
                                  :   **PLAINTIFFS**
FOOD MARKET MERCHANDISING, INC.   :
                                  :
                    Defendants.   :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs, Accantia Group Holdings and Conopco, Inc. d/b/a Unilever (private non-governmental corporate parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held and/or own 10% or more of the said party's stock:

Unilever N.V. and Unilever PLC

Dated: New York, New York
       June 27, 2012

                                          DUANE MORRIS LLP

                                          By: _____
                                          Gregory P. Gulia
                                          Vanessa C. Hew
                                          Mitchell A. Frank
                                          1540 Broadway
                                          New York, New York 10036-4086
                                          Telephone: (212) 692-1000
                                          Fax: (212) 692-1020

                                          Attorneys for Plaintiffs
                                          Accantia Group Holding Limited and
                                          Conopco, Inc. d/b/a Unilever