UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Accantia Group Holdings et al

                       Plaintiff(s),

-against-

Food Market Merchandising, Inc

                       Defendant(s).
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/1/13

**NOTICE OF COURT CONFERENCE**

12 Civ. 5042 (ER)

The conference previously scheduled for July 30, 2013 will now be held before the Hon. Edgardo Ramos, U.S.D.J. on **August 27, 2013 at 9:30 am** at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, Courtroom 619.

This case has been designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York. The parties should refer to ECF Doc. No. 3, submit the Report under 1.A. within seven days before the conference, and be prepared at the conference to discuss the issues set forth in 1.B.

                                                       _____
                                                       Carlos Gomez, Courtroom Deputy to
                                                       Hon. Edgardo Ramos, U.S.D.J.

Dated: New York, New York
         August 1, 2013