UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

ACCANTIA GROUP HOLDINGS d/b/a
ACCANTIA GROUP HOLDINGS
COMPANY and CONOPCO, INC. d/b/a
UNILEVER,

        Plaintiffs,

v.

FOOD MARKET MERCHANDISING,
INC.,

        Defendant.

-----------------------------------------------------------

Index No. 12 CV 5042 (ER)

**APPEARANCE OF COUNSEL**

TO: The Clerk of the Court and all parties of record:

I am admitted to practice in this Court pro hac vice, and I appear in this case as counsel for Defendant, Food Market Merchandising, Inc.

Dated: August 6, 2013

CHRISTSENSEN LAW OFFICE PLLC

_____
Carl E. Christensen (#0350412)
800 Washington Avenue North, Suite 704
Minneapolis, Minnesota 55401
Phone: (612) 823-4016
Fax: (612) 823-4777
ATTORNEYS FOR DEFENDANT
FOOD MARKET MERCHANDISING, INC.