```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/2/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ACCANTIA GROUP HOLDINGS
doing business as
Accantia Group Holdings Company,

                Plaintiff,

   - against -

FOOD MARKET MERCHANDISING, INC.,

                Defendant.
------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

12 cv 5042 (ER)(MHD)

The above-entitled action is referred to the Honorable Michael H. Dolinger, United States Magistrate Judge, for the following purpose(s):

| | | | |
|---|---|---|---|
| ____ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ | HABEAS CORPUS |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ | SOCIAL SECURITY |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | _X_ | SETTLEMENT |
| | | ____ | CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial) |
| | | ____ | CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF _____ |
| ____ | JURY SELECTION | | |

Dated: New York, New York
       October 2, 2013

SO ORDERED:

_____
EDGARDO RAMOS, U.S.D.J.

* Do not check if already referred for General Pre-Trial.

Rev. 9/10