USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/2/13

# DuaneMorris®

**FIRM and AFFILIATE OFFICES**

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

GREGORY P. GULIA
DIRECT DIAL: 212.692.1027
PERSONAL FAX: 212.202.6014
E-MAIL: gpgulia@duanemorris.com

www.duanemorris.com

The application is ✓ granted.
___ denied.

/s/ Edgardo Ramos
Edgardo Ramos, U.S.D.J.
Dated: 10/2/2013
New York, New York

All deadlines are stayed pending the outcome of the settlement conference.

October 1, 2013

**BY FAX (212-805-7943)**

Hon. Edgardo Ramos
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom 619
New York, NY 10007

Re: *Accantia Group Holdings, et al. v. Food Market Merchandising, Inc.*
Case No.: 12-cv-05042-ER (S.D.N.Y.)

Dear Judge Ramos:

We submit this letter on behalf of the parties, plaintiffs Accantia Group Holdings d/b/a Accantia Group Holdings Company and Conopco, Inc. d/b/a Unilever (collectively "Plaintiffs") and defendant Food Market Merchandising, Inc. ("Defendant"). We are writing to the Court to respectfully request an order of reference to Magistrate Judge Dolinger for the purpose of settlement. Furthermore, the parties respectfully request a stay of all deadlines pending the outcome of the settlement mediation with Magistrate Judge Dolinger. These requests are made on behalf of all parties and are being sought so that the parties can focus their efforts and resources on settlement.

Thank you for your consideration of this request.

Respectfully submitted,

Greg Gulia AC
Gregory P. Gulia

GPG:slj

cc: Mark Bradford, Esq. (counsel for Defendant)
Carl Christensen, Esq. (counsel for Defendant)
Vanessa C. Hew, Esq. (counsel for Plaintiffs)

DM2\4494862.1