UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                        :
ACCANTIA GROUP HOLDINGS, et al.,
                                        :

        Plaintiffs,                            ORDER
                                         :
     -against-                    12 Civ. 5042 (ER)(MHD)
                                         :
FOOD MARKET MERCHANDISING, INC.,
                                        :

        Defendant.
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **THURSDAY, DECEMBER 12, 2013 at 10:00 A.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

    The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other about their respective settlement positions** prior to the settlement conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

Dated: New York, New York
November 4, 2013

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today by fax to:

Gregory P. Gulia, Esq.
Robert T. Parker, Esq.
Vanessa C. Hew, Esq.
Duane Morris, LLP
Fax: (212) 692-1020

Carl E. Christensen, Esq.
Christensen Law Office PLLC
Fax: (612) 823-4777

By email to:
Mark D. Bradford, Esq.
Mark Bradford, P.C.
mb@markbradfordpc.com