USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/2/14

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

GREGORY P. GULIA
DIRECT DIAL: 212.692.1027
PERSONAL FAX: 212.202.6014
E-MAIL: gpgulia@duanemorris.com

www.duanemorris.com

The application is ___ ✓ granted.
                    ___ denied.

Edgardo Ramos, U.S.D.J.
Dated: 4/2/14
New York, New York 10007

The April 4, 2014 Status Conference is adjourned until
MAY 9, 2014 at 3:00 pm.

April 1, 2014

**BY FACSIMILE (212) 805-7943**

Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
Courtroom 619
New York, NY 10007

Re:   *Accantia Group Holdings, et al. v. Food Market Merchandising, Inc.*
      *(Civil Action No.: 12 CV 5042) (ER)*

Dear Judge Ramos:

We submit this letter on behalf of the parties, plaintiffs Accantia Group Holdings and
Conopco, Inc. and defendant Food Market Merchandising, Inc., to respectfully request an
adjournment of the status conference scheduled for Friday, April 4, 2014 at 11:00 a.m.

The requested adjournment is sought on the grounds that the parties have reached a
settlement in principle, but require additional time to finalize the settlement agreement. This is
the first requested adjournment with respect to the status conference. The requested adjournment
will not affect any other scheduled dates in this matter.

We thank Your Honor for your consideration of this request.

Hon. Edgardo Ramos
April 1, 2014
Page 2

**DuaneMorris**

Respectfully submitted,

*Greg Gulia A·C·*

Gregory P. Gulia

GPG:slj

cc:    Carl E. Christensen, Esq. (counsel for defendant)
       Mark D. Bradford, Esq. (counsel for defendant)
       Vanessa C. Hew, Esq. (counsel for plaintiffs)

DM2\4845054.1