| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>BOSTON<br>HOUSTON<br>LOS ANGELES<br>HANOI<br>HO CHI MINH CITY<br>ATLANTA | **DuaneMorris®**<br>*FIRM and AFFILIATE OFFICES*<br><br>GREGORY P. GULIA<br>DIRECT DIAL: 212.692.1027<br>PERSONAL FAX: 212.202.6014<br>E-MAIL: gpgulia@duanemorris.com<br><br>*www.duanemorris.com* | BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br>OMAN<br>*A GCC REPRESENTATIVE OFFICE*<br>*OF DUANE MORRIS*<br><br>MEXICO CITY<br>ALLIANCE WITH<br>MIRANDA & ESTAVILLO |

May 5, 2014

**BY FACSIMILE (212) 805-7943**

Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
Courtroom 619
New York, NY 10007

The application is ✓ granted.
__ denied.

*[signature]*

Edgardo Ramos, U.S.D.J.
Dated: 5/5/14
New York, New York 10007

*The May 8, 2014 status conference is adjourned until June 10, 2014 at 3:00 pm.*

Re:   *Accantia Group Holdings, et al. v. Food Market Merchandising, Inc.*
      **(Civil Action No.: 12 CV 5042) (ER)**

Dear Judge Ramos:

    We submit this letter on behalf of the parties, plaintiffs Accantia Group Holdings and Conopco, Inc. and defendant Food Market Merchandising, Inc., to respectfully request an adjournment of the status conference scheduled for Thursday, May 8, 2014 at 3:00 p.m. This is the second requested adjournment with respect to the status conference.

    The requested adjournment is sought on the grounds that the parties have reached a settlement in principle, but require additional time to finalize the settlement agreement. Since the parties' last request for adjournment, both parties have exchanged drafts of the proposed settlement agreement. The parties are currently in the process of negotiating the final terms for the agreement. The requested adjournment will not affect any other scheduled dates in this matter.

    We thank Your Honor for your consideration of this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/5/14

Hon. Edgardo Ramos
May 5, 2014
Page 2

**DuaneMorris**

Respectfully submitted,

*Greg Gulia* AL
Gregory P. Gulia

GPG:slj

cc: Carl E. Christensen, Esq. (counsel for defendant)
Mark D. Bradford, Esq. (counsel for defendant)
Vanessa C. Hew, Esq. (counsel for plaintiffs)

DM2\4897387.1