Ramos, E.

DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/15/2014

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ACCANTIA GROUP HOLDINGS d/b/a          :
ACCANTIA GROUP HOLDINGS COMPANY  :
and CONOPCO, INC. d/b/a UNILEVER       :
                                        :
                    Plaintiffs,         :      Civil Action No. 12-CV-5042 (ER)
                                        :
        -against-                       :
                                        :
FOOD MARKET MERCHANDISING, INC.         :
                                        :
                    Defendant.          :
                                        :
------------------------------------------------------------X

## NOTICE OF DISMISSAL

Plaintiffs Accantia Group Holdings d/b/a/ Accantia Group Holdings Company and Conopco, Inc. d/b/a Unilever, by their attorneys, Duane Morris LLP, hereby dismiss the above action, with prejudice and without costs against any party, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

DUANE MORRIS LLP

By: _____
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

Attorneys for Plaintiffs

SO ORDERED:

Dated:  New York, New York
        July 15, 2014

_____
United States District Judge Edgardo Ramos

DM2\4764705.1